United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN NICHOLAS VASQUEZ,<br><br>　　　　Plaintiff(s),<br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant(s).<br>　　　　　　　　　　　　　　／ | CASE NO. 5:11-cv-03715 EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; SCHEDULING DEADLINES FOR BRIEFING** |

Having reviewed the parties' joint statement (see Docket Item No. 12), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for August 2, 2013, is VACATED.

In addition, the court orders that, on or before **August 26, 2013**, Defendant shall serve and file an answer together with a certified copy of the transcript of the administrative record. Briefing shall thereafter occur according to the remaining deadlines contained in the Social Security Procedural Order filed July 28, 2011. See Docket Item No. 3.

**IT IS SO ORDERED.**

Dated: July 30, 2013

　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　United States District Judge