IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN NICHOLAS VASQUEZ,<br><br>Plaintiff(s),<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant(s). | CASE NO. 5:11-cv-03715 EJD<br><br>**ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

On August 2, 2013, Plaintiff John Nicholas Vasquez filed a document indicating his voluntary consent to have a United States Magistrate Judge conduct all further proceedings in this action.  See Docket Item No. 14.

In order to determine the position of both parties on this issue, the court orders Defendant to file a similar document indicating either her consent or declination to proceed before a United States Magistrate Judge on or before **August 12, 2013.**

**IT IS SO ORDERED.**

Dated: August 8, 2013

EDWARD J. DAVILA
United States District Judge

---

CASE NO. 5:11-cv-03715 EJD
ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE