IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN NICHOLAS VASQUEZ, | CASE NO. 5:11-cv-03715 EJD |
| Plaintiff(s), | **ORDER DIRECTING CLERK TO REASSIGN CASE** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant(s). | |

As all parties have consented to the assignment of this case to a magistrate judge for all purposes including trial and entry of judgment (see Docket Item Nos. 14, 16), the Clerk shall reassign it to an available magistrate judge according to the relevant portions of this District's assignment plan.

**IT IS SO ORDERED.**

Dated: August 12, 2013

_____
EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-03715 EJD
ORDER DIRECTING CLERK TO REASSIGN CASE