*E-Filed: January 3, 2014*

MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone:  (415) 977-8977
    Facsimile:  (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NICHOLAS VASQUEZ,<br><br>    Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant.<br>_____ | CIVIL NO.: 5:11-CV-03715-HRL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO GRANT DEFENDANT LEAVE WITH AN EXTENSION OF TIME TO FILE A SUR-REPLY TO PLAINTIFF'S REPLY BRIEF |

      The parties hereby stipulate, if the Court so approves, that Defendant shall have leave to file a Sur-Reply to Plaintiff's Reply Brief.  Plaintiff raised a new issue in his Reply Brief, and Defendant has not had an opportunity to respond to this issue as it was not in Plaintiff's Opening Brief.  The parties stipulate that Defendant shall have until January 9, 2014 to file her Sur-Reply, due to the holidays, pre-approved leave, and a heavy workload.

                                                   Respectfully submitted,

Dated: December 24, 2013           */s/ James Hunt Miller*\*_____
                                              JAMES HUNT MILLER
                                              (\*As authorized via email on 12/24/13)
                                              Attorney for Plaintiff

| | |
|---|---|
| Dated: December 24, 2013 | MELINDA L. HAAG<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | By: /s/ *Lynn M. Harada*<br>LYNN M. HARADA<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

ORDER:

APPROVED AND SO ORDERED:

Dated: 1/3/14

_____
THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge

1